UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE COLEMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ERIK COHEN and SACRAMENTO COUNTY SUPERIOR COURT FAMILY LAW DIVISION,<br><br>　　　　Defendants. | No. 2:23-cv-02685-TLN-AC<br><br>**ORDER** |

　　　　Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

　　　　On November 28, 2023 the magistrate judge filed findings and recommendations, which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 21 days.  (ECF No. 3.)  The time to file objections has passed, and Plaintiff did not file any objections.

　　　　The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 28, 2023 (ECF No. 3) are ADOPTED IN FULL;
2. This case is DISMISSED without further leave to amend; and
3. The Clerk of Court is directed to close this case.

Date: January 10, 2024

Troy L. Nunley
United States District Judge

2